**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GOOGLE INC,**<br><br>    Defendant. | Civil Action No. 6:15-cv-01039<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF EOLAS TECHNOLOGIES INCORPORATED'S CORPORATE DISCLOSURE STATEMENT**

The undersigned attorney of record for Plaintiff Eolas Technologies Incorporated provides that no corporation meets the disclosure requirements of Fed. R. Civ. P. 7.1.

Dated: November 24, 2015.

McKool Smith, P.C.
/s/ Kevin L. Burgess
Kevin L. Burgess
Lead Attorney
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Mario Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

1137040

Mike McKool
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
EOLAS TECHNOLOGIES
INCORPORATED**

**1137040**