# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eolas Technologies Incorporated | CASE No C  3:17-cv-01138-JST |
| **Plaintiff(s)** | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Google Inc. | |
| **Defendant(s)** | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Private ADR** (*specify process and provider*)
   Private mediator to be mutually agreed on by
   the parties.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☑ other requested deadline: `within 14 days of completion of dispositive motion briefing`

Date: May 17, 2017          /s/ Stephanie Adams Ryan
                            Attorney for Plaintiff

Date: May 17, 2017          /s/ Carl Anderson
                            Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*