1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (CA Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (CA Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Carl G. Anderson (CA Bar No. 239927)
4  carlanderson@quinnemanuel.com
   Michael D. Powell (CA Bar No. 202850)
5  mikepowell@quinnemanuel.com
   Lindsay M. Cooper (CA Bar No. 287125)
6  lindsaycooper@quinnemanuel.com
   Felipe Corredor (CA Bar No. 295692)
7  felipecorredor@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, CA 94111
   Telephone: 415-875-6600
9  Facsimile: 415-875-6700

10 Attorneys for Defendant Google Inc.

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 | EOLAS TECHNOLOGIES INCORPORATED, | Case No. 3:17-cv-01138-JST
16 |                                    |
17 |         Plaintiff,                 | **GOOGLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**
18 |    v.                              |
19 | GOOGLE INC.,                       |
20 |         Defendant.                 |

**GOOGLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Google Inc.
- Alphabet Inc., Holding Company of Google Inc.

**GOOGLE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Google discloses the following:

- Google Inc. is a wholly owned subsidiary of Alphabet Inc., a publicly-held corporation; accordingly, Alphabet Inc., has more than 10% ownership of Google Inc.

| | |
|---|---|
| DATED: May 25, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By */s Charles K. Verhoeven*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Carl G. Anderson (CA Bar No. 239927)
carlanderson@quinnemanuel.com
Michael D. Powell (CA Bar No. 202850)
mikepowell@quinnemanuel.com
Lindsay M. Cooper (CA Bar No. 287125)
lindsaycooper@quinnemanuel.com
Felipe Corredor (CA Bar No. 295692)
felipecorredor@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

Attorneys for Defendant Google Inc.