Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314
(admitted Pro Hac Vice)
Kevin Burgess, TX SBN 24006927 (admitted Pro Hac Vice)
Craig N. Tolliver, TX SBN 24028049
(admitted Pro Hac Vice)
James E. Quigley, TX SBN 24075810
(admitted Pro Hac Vice)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (CA Bar No. 170151)
   David A. Perlson (CA Bar No. 209502)
   Carl G. Anderson (CA Bar No. 239927)
   Michael D. Powell (CA Bar No. 202850)
   Lindsay M. Cooper (CA Bar No. 287125)
   Felipe Corredor (CA Bar No. 295692)
   qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Miles Freeman (CA Bar No. 299302)
   qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT LETTER BRIEF RE INFRINGEMENT CONTENTIONS** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant Google Inc. ("Google"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on August 8, 2017, the Court entered a Order Regarding August 2, 2017 Case Management Conference (Dkt. 92) directing Eolas and Google to meet and confer and file a joint letter brief regarding their respective positions on Eolas's Infringement Contentions ("the Joint Letter Brief") by August 25, 2017;

WHEREAS, on August 22, 2017, the parties met and conferred regarding their positions in advance of the Joint Letter Brief deadline;

WHEREAS, the parties have been diligently exchanging drafts of the Joint Letter Brief setting forth their respective positions;

WHEREAS, the parties request additional time to exchange drafts of their positions for the Joint Letter Brief and finalize them for the Court's consideration;

WHEREAS, no other deadlines will be affected by extending the deadline for the parties to submit the Joint Letter Brief;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the August 25, 2017 deadline to file the Joint Letter Brief be extended to August 30, 2017 so as to allow the parties further time to refine and finalize the Joint Letter Brief.

DATED: August 25, 2017         Respectfully submitted,

By */s James E. Quigley*
Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*)
Kevin Burgess, TX SBN 24006927 (admitted *Pro Hac Vice*)
Craig N. Tolliver, TX SBN 24028049 (admitted *Pro Hac Vice*)

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT LETTER BRIEF RE INFRINGEMENT CONTENTIONS

| | |
|---|---|
| 1 | James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*) |
| 2 | MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700 |
| 3 | Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744 |
| 4 | kburgess@mckoolsmith.com<br>jcampbell@mckoolsmith.com |
| 5 | ctolliver@mckoolsmith.com<br>jquigley@mckoolsmith.com |
| 6 | Attorneys for Plaintiff |
| 7 | Eolas Technologies Incorporated |
| 8 | By */s David A. Perlson* |
| 9 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 10 | Charles K. Verhoeven (CA Bar No. 170151)<br>David A. Perlson (CA Bar No. 209502) |
| 11 | Carl G. Anderson (CA Bar No. 239927)<br>Michael D. Powell (CA Bar No. 202850) |
| 12 | Lindsay M. Cooper (CA Bar No. 287125)<br>Felipe Corredor (CA Bar No. 295692) |
| 13 | qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 14 | San Francisco, CA 94111<br>Telephone: 415-875-6600 |
| 15 | Facsimile: 415-875-6700 |
| 16 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Miles Freeman (CA Bar No. 299302) |
| 17 | qe-eolas@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor |
| 18 | Los Angeles, CA 90017<br>Telephone: 213-443-3000 |
| 19 | Fax: 213-443-3100 |
| 20 | *Attorneys for Defendant Google Inc.* |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT LETTER BRIEF
RE INFRINGEMENT CONTENTIONS

**ATTESTATION**

I, David A. Perlson, am the ECF user whose User ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: August 25, 2017  */s David A. Perlson*
David A. Perlson

**[PROPOSED] ORDER**

Plaintiff Eolas Technologies Incorporated and Defendant Google Inc. have jointly stipulated to extend the deadline to file the Joint Letter Brief regarding Eolas's Infringement Contentions from August 25, 2017 to August 30, 2017.

The parties' joint stipulation is GRANTED. The deadline for submission of the Joint Letter Brief regarding Eolas's Infringement Contentions is extended to August 30, 2017.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2017

_____
Honorable Jon S. Tigar
United States District Judge