# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:17-cv-01138-JST<br><br>**[PROPOSED] ORDER TO MODIFY COURT DEADLINES** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:17-cv-03022-JST<br><br>**[PROPOSED] ORDER TO MODIFY COURT DEADLINES** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:17-cv-03023-JST<br><br>**[PROPOSED] ORDER TO MODIFY COURT DEADLINES** |

# [PROPOSED] ORDER

Plaintiff Eolas Technologies Incorporated and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to the below schedule.

| DEADLINE DESCRIPTION | STIPULATED DATE |
|---|---|
| Eolas and Amazon to submit a joint proposed order or competing proposed order regarding next steps related to Amazon's Motion for Order to Show Cause | Monday, September 25, 2017 |
| Defendants file motion for summary judgment | Thursday, September 28, 2017 |
| Defendants file motion for limited reconsideration of claim construction | Tuesday, October 10, 2017 |
| Eolas files opposition brief, and if desired cross-motion for summary judgment | Thursday, October 19, 2017 |
| Eolas files opposition brief to motion for limited reconsideration of claim construction | Friday, October 27, 2017 |
| Defendants file reply brief for Defendants' motion for summary judgment, and opposition brief to Eolas's cross-motion for summary judgment, if one was filed | Thursday, November 2, 2017 |
| Technology Tutorial | Tuesday, October 31, 2017 at 2:00 p.m. |
| Eolas files reply brief for Eolas's cross-motion for summary judgment, if one was filed | Thursday, November 9, 2017 |
| Defendants file reply brief to motion for limited reconsideration of claim construction | Thursday, November 9, 2017 |
| Hearing on summary judgment motions | Tuesday, December 5, 2017 at 2:00 p.m. |

| DEADLINE DESCRIPTION | STIPULATED DATE |
|---|---|
| Claim Construction Hearing | At Court's convenience |

The parties' joint stipulation is GRANTED. The case shall proceed according to the above schedule.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: September 20, 2017

_____
Honorable Jon S. Tigar
United States District Judge