[Counsel identified on signature page]

| | |
|---|---|
| Stephanie Adams Ryan, SBN 289548<br>MCKOOL SMITH, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Tel: (650) 394-1400; Fax: (650) 394-1422<br>sadamsryan@mckoolsmith.com<br><br>John B. Campbell, TX SBN 24036314<br>(admitted Pro Hac Vice)<br>Kevin Burgess, TX SBN 24006927 (admitted Pro Hac Vice)<br>Craig N. Tolliver, TX SBN 24028049<br>(admitted Pro Hac Vice)<br>James E. Quigley, TX SBN 24075810<br>(admitted Pro Hac Vice)<br>MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744<br>kburgess@mckoolsmith.com<br>jcampbell@mckoolsmith.com<br>ctolliver@mckoolsmith.com<br>jquigley@mckoolsmith.com<br><br>Attorneys for Plaintiff<br>Eolas Technologies Incorporated | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (CA Bar No. 170151)<br>  David A. Perlson (CA Bar No. 209502)<br>  Carl G. Anderson (CA Bar No. 239927)<br>  Michael D. Powell (CA Bar No. 202850)<br>  Lindsay M. Cooper (CA Bar No. 287125)<br>  Felipe Corredor (CA Bar No. 295692)<br>  qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-6600<br>Facsimile: 415-875-6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Miles Freeman (CA Bar No. 299302)<br>  qe-eolas@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-443-3000<br>Fax: 213-443-3100<br><br>Attorneys for Defendant Google Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO MEET AND CONFER AND FILE MOTION TO AMEND TO OCTOBER 9, 2017** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant Google Inc. ("Google" or "Defendant"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on March 31, 2016, Eolas served its Patent Rule 3-1 and Patent Rule 3-2 infringement contentions while this case was pending in the Eastern District of Texas;

WHEREAS, on February 24, 2017, this case was transferred from the Eastern District of Texas to this District;

WHEREAS, on August 8, 2017, the Court entered an Order Regarding August 2, 2017 Case Management Conference (Dkt. 92) directing Eolas and Google to meet and confer and file a joint letter brief regarding their respective positions on Eolas's Infringement Contentions ("the Joint Letter Brief") by August 25, 2017;

WHEREAS, on August 25, 2017, the parties requested additional time (Dkt. 96) to exchange drafts of their positions for the Joint Letter Brief and finalize them for the Court's consideration;

WHEREAS, on August 28, 2017, the Court granted the parties additional time (Dkt. 97) to exchange drafts of their positions for the Joint Letter Brief and finalize them for the Court's consideration;

WHEREAS, on August 30, 2017, the parties filed their Joint Letter Brief (Dkt. 98);

WHEREAS, on September 14, 2017, the Court entered an Order re Joint Letter Brief (Dkt. 102), calling for "Eolas to file a motion to amend its infringement contentions by September 25, 2017 at 5:00 p.m.," stating that "[p]rior to that date, the parties should meet and confer regarding the requested relief," and concluding that "[t]he parties should also identify any other instances in which transfer to this district and the concurrent change in local rules require or suggest adjustment by the Court, so that such adjustment does not occur piecemeal";

WHEREAS, on September 14, 2017, the parties filed a stipulation for a short extension to the other upcoming case deadlines to provide time for further meet and confer on Eolas's proposal this case be stayed pending resolution of the pending Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution Bar (Dkt. 103),

1       WHEREAS, on September 18, 2017, Eolas requested Google's agreement to extend the deadline to file a motion to amend its infringement contentions, consistent with the stipulated extension of other deadlines;

      WHEREAS, on September 20, 2017, the Court granted the stipulation extending the other upcoming case deadlines (Dkt. 104);

      WHEREAS, on September 20, 2017, Eolas provided Google with its proposed supplement;

      WHEREAS, to allow for additional time to review, meet and confer, and narrow any issues for the Court, the parties request an additional two weeks—until October 9, 2017—to meet and confer and for Eolas to file its motion to amend, consistent with the stipulated extension of other deadlines;

      WHEREAS, no other deadlines will be affected by extending the deadline for the parties to meet and confer and for Eolas to file its motion to amend;

      NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the meet and confer and motion to amend deadline be extended from September 25, 2017, to October 9, 2017.

| | | |
|---|---|---|
| 1 | DATED: September 21, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By */s/ Kevin Burgess* |
| 4 | | Stephanie Adams Ryan, SBN 289548<br>MCKOOL SMITH, P.C. |
| 5 | | 255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065 |
| 6 | | Tel: (650) 394-1400; Fax: (650) 394-1422<br>sadamsryan@mckoolsmith.com |
| 7 | | John B. Campbell, TX SBN 24036314 (admitted Pro Hac Vice) |
| 8 | | Kevin Burgess, TX SBN 24006927 (admitted Pro Hac Vice)<br>Craig N. Tolliver, TX SBN 24028049 (admitted Pro Hac |
| 9 | | Vice) |
| 10 | | James E. Quigley, TX SBN 24075810 (admitted Pro Hac Vice) |
| 11 | | MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701 |
| 12 | | Tel. (512) 692-8700; Fax: (512) 692-8744<br>kburgess@mckoolsmith.com |
| 13 | | jcampbell@mckoolsmith.com<br>ctolliver@mckoolsmith.com |
| 14 | | jquigley@mckoolsmith.com |
| 15 | | Attorneys for Plaintiff<br>EOLAS TECHNOLOGIES INCORPORATED |
| 16 | | |
| 17 | | By */s/ David Perlson* |
| 18 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (CA Bar No. 170151) |
| 19 | | charlesverhoeven@quinnemanuel.com<br>David A. Perlson (CA Bar No. 209502) |
| 20 | | davidperlson@quinnemanuel.com<br>Carl G. Anderson (CA Bar No. 239927) |
| 21 | | carlanderson@quinnemanuel.com<br>Michael D. Powell (CA Bar No. 202850) |
| 22 | | mikepowell@quinnemanuel.com<br>Lindsay M. Cooper (CA Bar No. 287125) |
| 23 | | lindsaycooper@quinnemanuel.com<br>Felipe Corredor (CA Bar No. 295692) |
| 24 | | felipecorredor@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 25 | | San Francisco, CA 94111<br>Telephone: 415-875-6600 |
| 26 | | Facsimile: 415-875-6700 |
| 27 | | Attorneys for Defendant<br>GOOGLE INC. |
| 28 | | |

## **ATTESTATION**

I, Kevin Burgess, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: September 21, 2017

/s/ Kevin Burgess
Kevin Burgess

# [PROPOSED] ORDER

Plaintiff Eolas Technologies Incorporated and Defendant Google Inc. ("Google") have stipulated to move the deadline to meet and confer about Eolas's supplemental infringement contentions and for Eolas to file its motion to amend from September 25, 2017, to October 9, 2017.

The parties' joint stipulation is GRANTED. The deadline to meet and confer about Eolas's supplemental infringement contentions and for Eolas to file its motion to amend, currently set for September 25, 2017, is hereby moved to for October 9, 2017.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: September 21, 2017

Honorable Jon S. Tigar
United States District Judge