| | |
|---|---|
| Stephanie Adams Ryan, SBN 289548<br>MCKOOL SMITH, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Tel: (650) 394-1400; Fax: (650) 394-1422<br>sadamsryan@mckoolsmith.com<br><br>John B. Campbell, TX SBN 24036314<br>(admitted Pro Hac Vice)<br>Kevin Burgess, TX SBN 24006927<br>(admitted Pro Hac Vice)<br>Craig N. Tolliver, TX SBN 24028049<br>(admitted Pro Hac Vice)<br>James E. Quigley, TX SBN 24075810<br>(admitted Pro Hac Vice)<br>MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744<br>kburgess@mckoolsmith.com<br>jcampbell@mckoolsmith.com<br>ctolliver@mckoolsmith.com<br>jquigley@mckoolsmith.com<br><br>Attorneys for Plaintiff<br>Eolas Technologies Incorporated | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (CA Bar No. 170151)<br>David A. Perlson (CA Bar No. 209502)<br>Carl G. Anderson (CA Bar No. 239927)<br>Michael D. Powell (CA Bar No. 202850)<br>Lindsay M. Cooper (CA Bar No. 287125)<br>Felipe Corredor (CA Bar No. 295692)<br>qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-6600<br>Facsimile: 415-875-6700<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Miles Freeman (CA Bar No. 299302)<br>qe-eolas@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-443-3000<br>Fax: 213-443-3100<br><br>Attorneys for Defendant Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC** |

Pursuant to Civil Local Rule 7-12, Defendant Google Inc., now known as Google LLC, and Plaintiff Eolas Technologies Incorporated (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

WHEREAS the parties agree that this Stipulation merely reflects the above-noted change of corporate name, and does not affect any substantive issue in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

**EOLAS TECHNOLOGIES INCORPORATED,**

    **Plaintiff,**

**v.**

**GOOGLE LLC,**

    **Defendant.**

DATED: October 10, 2017      Respectfully submitted,

By _/s/ James E. Quigley_
Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314 (admitted _Pro Hac Vice_)
Kevin Burgess, TX SBN 24006927 (admitted _Pro Hac Vice_)

Craig N. Tolliver, TX SBN 24028049 (admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

By */s/ David A. Perlson*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  David A. Perlson (CA Bar No. 209502)
  Carl G. Anderson (CA Bar No. 239927)
  Michael D. Powell (CA Bar No. 202850)
  Lindsay M. Cooper (CA Bar No. 287125)
  Felipe Corredor (CA Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Miles Freeman (CA Bar No. 299302)
  qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Attorneys for Defendant Google LLC*

**ATTESTATION**

I, David A. Perlson, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: October 10, 2017          */s/ David A. Perlson*
                                  David A. Perlson

-2-

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

**EOLAS TECHNOLOGIES INCORPORATED,**

    **Plaintiff,**

**v.**

**GOOGLE LLC,**

    **Defendant.**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: October 11, 2017

                                      Honorable Jon S. Tigar
                                      United States District Judge